December 14, 2017



# JUDGMENT

## The Fourteenth Court of Appeals

CENTRAL PETROLEUM LIMITED, Appellant

NO. 14-16-00933-CV                              V.

GEOSCIENCE RESOURCE RECOVERY, LLC, Appellee

_____

       This cause, an appeal from the order signed November 1, 2016, overruling appellant Central Petroleum Limited's special appearance, was heard on the transcript of the record. We have inspected the record and find no error in the trial court's order. We order the ruling of the court below **AFFIRMED**.

       We order appellant Central Petroleum Limited to pay all costs incurred in this appeal.

       We further order this decision certified below for observance.